■ In the Matter of Dwayne McNally, Respondent, v Elizabeth McNally, Appellant. [976 NYS2d 907]—Appeal from an order of the Supreme Court, Onondaga County (Martha E. Mulroy, A.J.), entered August 9, 2012 in a proceeding pursuant to Family Court Act article 6. The order, among other things, modified a prior custody order by awarding petitioner sole legal and residential custody of the subject child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Lindley, Sconiers and Valentino, JJ.